**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| MARY MARGARET RHODES AND WILLARD J. RHODES, HER HUSBAND | : No. 455 WAL 2017 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Superior Court |
| | : |
| | : |
| PETER C. GERSZTEN, M.D., UPMC PRESBYTERIAN SHADYSIDE, UPMC EAST, GGNSC MURRYSVILLE, LP D/B/A GOLDEN LIVING CENTER-MURRYSVILLE, UPMC, UNIVERSITY OF PITTSBURGH PHYSICIANS, KEN GIBSON, M.D., PARTNERS IN HEALTH-UPMC, AND UPMC COMMUNITY MEDICINE, INC. | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: PETER C. GERSZTEN, M.D., UPMC PRESBYTERIAN SHADYSIDE, UPMC EAST, UPMC, UNIVERSITY OF PITTSBURGH PHYSICIANS, KEN GIBSON, M.D., PARTNERS IN HEALTH-UPMC, AND UPMC COMMUNITY MEDICINE, INC. | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of February, 2019, the Application for Leave to File Reply to Plaintiff's Answer to Supplemental Petition for Allowance of Appeal and Petition for Allowance of Appeal are **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.